

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00444-CR

**IN RE THE STATE OF TEXAS**, ex. rel. Joe D. Gonzales, District Attorney, Bexar County

Original Mandamus Proceeding[1]

### ORDER

On July 1, 2019, relator filed a petition for writ of mandamus and the real party in interest and the respondent responded. After reviewing the petition, the responses, and the record, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Velia J. Meza is ORDERED to (1) vacate her June 19, 2019 "Order Denying State's Motion to Disqualify Defense Counsel" and (2) enter an order granting the State's motion to disqualify. The writ will issue only if we are notified that Judge Meza has not complied within fifteen days from the date of this order.

It is so **ORDERED** on August 28, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CR9645, styled *The State of Texas v. Michael Stovall*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Velia J. Meza presiding.